IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORTINET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 12-1066 (SLR) |
| ) | |
| FIREEYE, INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOHN M. NEUKOM**

I, John M. Neukom, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111. I am lead counsel to Plaintiff Fortinet, Inc. ("Fortinet") in the above-captioned matter, in which Fortinet has brought claims against Defendant FireEye, Inc. ("FireEye").

2. Attached hereto as **Exhibit A** is a true and accurate print-out of the web pages located at http://www.fireeye.com/company/contact.html, as of October 25, 2012.

3. Attached hereto as **Exhibit B** are true and accurate print-outs of "LinkedIn" profiles available on the Internet as of October 25, 2012, showing numerous individuals who have identified their location (in the U.S.) and their employment.

4. Attached hereto as **Exhibit C** are true and accurate print-outs of "LinkedIn" profiles available on the Internet as of October 25, 2012, showing numerous individuals who have identified their location (outside the U.S.) and their employment.

5. Attached hereto as **Exhibit D** is a true and accurate print-out of the web page located at http://www.businessweek.com/articles/2012-08-30/enterprise-startups-come-of-age as of October 25, 2012.

6. Attached hereto as **Exhibit E** is a true and accurate print-out of the web page located at http://www.fireeye.com/company/ as of October 25, 2012.

7. Attached hereto as **Exhibit F** is a true and accurate print-out of the web page located at http://www.fireeye.com/company/investors.html as of October 25, 2012.

8. Attached hereto as **Exhibit G** is a true and accurate print-out of the web page located at http://www.fireeye.com/partners/technology/ as of October 25, 2012.

9. Attached hereto as **Exhibit H** is a true and accurate print-out of the web page located at https://www1.salliemae.com/about/news_info/newsreleases/070110.htm as of October 25, 2012.

10. Attached hereto as **Exhibit I** is a true and accurate print-out of a "LinkedIn" profile, available on the Internet as of October 25, 2012, for an individual who identifies himself as Bill Diamond.

11. Attached hereto as **Exhibit J** is a true and accurate print-out of the web page located at http://www.slwip.com/people/attorneys/james-hallenbeck-23.html as of October 25, 2012.

12. Attached hereto as **Exhibit K** is a true and accurate print-out of a "LinkedIn" profile, available on the Internet as of October 25, 2012, for an individual who identifies himself as Randy Lee.

13. Attached hereto as **Exhibit L** is a true and accurate print-out of a web page located at http://www.klgates.com/e-discovery-analysis-and-technology-e-dat-group-practices/ as of October 25, 2012.

14. Attached hereto as **Exhibit M** is an article written by Professor Mark A. Lemley of Stanford Law School, entitled "Where to File Your Patent Case," published in the AIPLA Quarterly Journal in the Fall of 2010 (Volume 38, No. 4). Table 6 on pages 17-19 is entitled "Districts with 25 or More Outcomes, Sorted by Time to Trial."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th date of October, 2012, in San Francisco, California.

       **/s/ John M. Neukom**

       John M. Neukom

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 25, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Chad S.C. Stover, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for FireEye, Inc.* | *VIA ELECTRONIC MAIL* |
| Shane Brun, Esquire<br>K&L GATES LLP<br>4 Embarcadero Center, 12th Floor<br>San Francisco, CA  94111<br>*Attorneys for FireEye, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)